Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Susana Fuentes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SUSANA FUENTES,

                  Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC,

               Defendant.

Case No.:  2:21-cv-00674-GMN-NJK

**NOTICE OF SETTLEMENT**

    NOTICE IS HEREBY GIVEN that Plaintiff Susana Fuentes ("Plaintiff") and Defendant Equifax Information Services, LLC, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Notice of Voluntary Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending

deadlines and hearings in this matter. Plaintiff also requests that the Court retain

jurisdiction for any matters related to completing and/or enforcing the settlement.


RESPECTFULLY SUBMITTED,

DATED: May 6, 2021                 By: */s/ Steven A. Alpert*
                                   Steven A. Alpert, NV Bar #8353
                                   **PRICE LAW GROUP, APC**
                                   5940 S. Rainbow Blvd., Suite 3014
                                   Las Vegas, Nevada 89118
                                   Phone: (702) 794-2008
                                   alpert@pricelawgroup.com
                                   *Attorneys for Plaintiff,*
                                   *Susana Fuentes*

1

2

3

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 6, 2021, I electronically filed the foregoing with

the Clerk of the Court using the ECF system, which will send notice of such filing to

all attorneys of record in this matter.

**PRICE LAW GROUP, APC**
*/s/ Lia Ruggeri*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28