Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Susana Fuentes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUSANA FUENTES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendant. | Case No.: 2:21-cv-00674-GMN-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Susana Fuentes, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses this action against Defendant Equifax Information Services, LLC, with prejudice.

///

///

| | | |
|---|---|---|
| 1 | | RESPECTFULLY SUBMITTED, |
| 2 | DATED: June 21, 2021 | By: */s/ Steven A. Alpert* |
| 3 | | Steven A. Alpert, NV Bar #8353 |
| 4 | | **PRICE LAW GROUP, APC** |
| | | 5940 S. Rainbow Blvd., Suite 3014 |
| 5 | | Las Vegas, Nevada 89118 |
| 6 | | Phone: (702) 794-2008 |
| 7 | | alpert@pricelawgroup.com |
| | | *Attorneys for Plaintiff,* |
| 8 | | *Susana Fuentes* |

- 2 -

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**PRICE LAW GROUP, APC**
*/s/ Lia Ruggeri*

- 3 -